UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga

FILED

NOV 3 0 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Alonzo Dewayne Franklin Jr )
)
)
(Enter above the NAME of the
plaintiff in this action.)

1:23-CV-282
TAV/SKL

v.

Hamilton County Jail/Silverdale Dent. Center (ETAL)

(Enter above the NAME of each
defendant in this action.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( ✓ )

  B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to the previous lawsuit:

       Plaintiffs: N/A

       Defendants: N/A

2. COURT: (If federal court, name the district; if state court, name the county): N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Hamilton County Jail /Silverdale

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I Filed a few with the grievance team. (20+)

2. What was the result? No ask into I speak to Internal Affairs.

D. If your answer to B is NO, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? It's a grievance procedure, but I had to go over the grievance procedure, on the count they wouldn't Reply to my grievance produre, so I got in touch with Internal Affair.

2

2. What was the result? Nothing so far (10/18/23) They made a Report, but havn't heard nothing back.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Alonzo Dewayne Franklin Jr

Present address: 7609 Standifer Gap Road Chatt, TN 37421

Permanent home address: 2127 Wheeler Ave, Chatt. TN 37406

Address of nearest relative: 2001 Wilson St, Chatt. TN 37406

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: (ETAL) Hamilton County Jail

Official position: Cpt., LT., Cpl., Sgt., Cheif (ETAL) Nurse

Place of employment: Silverdale Dent. Center

C. Additional defendants: Kribble, Perry, Craver (The spelling is wrong but he work in court area (holding area)) Nurse Carlay (spelling wrong) Both of male Nurse (day time and Night time) They didn't give me there name. Wyatt, Strance, Keith, Lanceblanco (spelling wrong) Morre, Kinkerfuss, Kitchen staff, Landkamance (spelling wrong) Helton, Cpt. Bell Weems

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

(1) denial of my wheel chair - Took my wheel chair from me and give it to a white male twice then took it for good on the count, I keep complaining about They told me I could have 1 for 2 weeks due to my feet. (8/29/23)

3

(a) I wasn't given no socks or shoes due to how bad my feet was. (b) I fell in the shower due to my feet, popping a water pipe trying to catch myself. (2) From get denail the right help for my feet. I walk(hop) the dorm telling them to take me the hole because I wasn't going back on the dorm into a get help for my feet. Off. Helton pull a traser out on me about to trase me dinto "I ask him is he really going to trase because my feet are damage?" (a) A nurse was walk up at that time, so he put up his traser and ask the nurse what to do. She told him to take me to the clinic. That happen on Aug. 31, 2023. Starting that day (8/31/23) I start filing grivances and requests. (b) I had to go to Erlanger Hospital. Helton said, "he acted like that because I was talking loud and though I was going to be aggressive. (3) I had to take a shower with poop in it and on the walls. (4) 9/3/23 I start having chest pain due to how dirty and dusty (The filter was full with dusty and wasn't clean in appx. 6+ months). I filed another request due to my chest hurting. (A) The chubby white male nurse who work night shift, told me I need to know the different from chest pain and my "chest hurting". I didn't like how he tried to belittle me so I denail his help that day, but still got charge 10 dollar from Medical. (b) He didn't do nothing for me. 9/8/23 They (nurse) was giving me one type of pill then change my pills (they keeping doing it, but it's was wired this day) I was given a new pill with 209 on one side and IG on the other. I ask (cont.

cont.?

So, my tablet was charge and couldn't get charge. (I couldn't make no phone calls). (The handbook state, "Monday and Thurday" they charge tablet on them days). They not honor or going by policy, the handbook or guidelines. They wasn't charging the tablet to 100% at first. Child Support Court for me on 9/21/23, So on that day I want to court for a Suspended Sentence, but the court wouldn't hear about the suspend Sentence. They just did a Purge Reduction. So, I was mad once again. During the video I ask to speak to Internal Affair 5 times. The Judge Smith cut the video feed. I was speaking loudly and Ms. Weems heard me and told me to be quiet and shut up. I kept screaming, "I want to speak to Internal Affair." Sgt. Kribble ran up and grab me. Ask we was leaving he was stating, I was a career criminal and call me a piece of shit. I just kept looking at the cameras yelling saying I wa to speak to I.A. (The hold time, I was wearing handcuffs and leg irons). When we got outside, he said, something disrespectful to me I turn to look him in the face. He trip and push me on the ground, making me fall on my side and hurting my side. He told me to get up, I replied, I my side up and how am going to get up. He grab me up. I loo at the outside window camera and said, I want to speak to I.A as. w He yank my jumpsuit up into my butt and put his hand around my neck ag I told him, you don't have to keep putting your hands around my neck. When we got on Delta Pod. He (Kribble) tried to smash my head into the counter 3 times, I kept stop him. I stated, "I'm t big to let you just smash my head into counter. He got madder an said, something then threw me into D-2 window twice. He gra my neck once again. I told him stop putting his hand around my neck. cont?

(cont.) The day time white male nurse (the guy who wear glasses), what was the pill was. He look at it and said, It's look like a Blood thinner then ask me do I take Blood thinner. I told him no. He told me he going to find. I give it back to him. Next thing, I knew he walked off without telling me. 9/12/23 I ask to speak to Internal Affair to on of the worker. He laughed in my face on the count, I didn't preonoun, Internal Affair right due to me having a speakin problem. He never got I.A. for me. (a) I start askin staff in front of the cameras, because they wouldn't answer my requests or grievances. 9/13/23 I had video court that day. As I was leaving the video court area I was upset, on the room The judge denail my right to counsel. So, I ask the off. who was transporting to speak to Internal Affair, He didn't reply back. I saw Sgt. Moore and ask him the same thing. He look at me and kept walking. (a) I filed another grievance. Later on in that day on C-3 dorm, they place 2 more Inmates on an already full over Max C dorm. There was no where to lay or sleep, so they got on the door de to no sleeping room. The staff member who was working that night got mad. (Off. McGuire)(He was watching a show on the computer) He told us if any more people try to leave, he going to take the phone, tv, and etc. I spoke up and stated, Nobody told them to leave, they left because it's no w to lay and this is breaking our civil rights. He just shut the door. I requests to speak to Internal Affair again. 9/14/23 The phone got turn o The guards say they put a hole in line. That happen around 1ish. They n came and got the tablet that day into 4ish that afternoon. (I was slee at that time) & I got move to C-4 the day before due to Inmates trying to gang me and stab me with jail knives. I was scare for my life due to me knowing this place lack security on the count, people been getting st gang, and dying. Cont. Next page

Cont.3 He pull out the teaser and started to shot me with it, into the other Sgt. get inbetween us. He told, Sgt. Kribble to go outside. The old white woman who saw the whole thing (L.T.) never stop him. They tried 5 different people keys to get the handcuff off my waists. From him pushing me on the ground, the handcuff broke. So, they called Kinkerfus to bring the bolt cutters. They had to cut them off my hands. The nurse came, all they did, was ask me if I was hurting. I told them yes. They told me they going to bring me some I.P. pills. (They never looked or checked out my injuries). 9/18 I got jumpe by 3 Inmate for 10 mins and no staff member came to my help. Off. Laing was on duty that day. I got move to Delta that day (night time). 9/19 At court that morning I ask to speak to Internal Affair again. They got mad (Off. Craver (the court officer)) and made go back down stair. The Fat officer who be down stair met me down stair. I ask him to let me speak to Internal Affair. He said no, I repl that agaisnt my Rights and can I get his name. He replied no. I told him he have to give me his name. He stated, I don't hav to give you "shit." I ask him for his badge number. He igorned me. I told him, when the came back out, "all corrupt here." The Judge (Staton) basis on count she denied me counsel, The officer upstair wouldn't give my Motion to the D.A., since I have to Represent myself, and you not giving me your bady number." He kept walkling. 9/19 C3 got put on lock down du to someone having Covid-19. (a) I been telling them my chest was hurting. 9/21/23 They stop letting me putting in Requests and grievances in the Kiosk. 9/23/23 A L.T. came to D-2, I was asking how to get into I.A. He ask what its was about I told him these place. He ask me my name. I told him. cont.4

Cont."4 He stated, he know who you are. He stop talking ~~respeact~~ to me ~~to~~ speak with a white male about getting in Mental Health on count he have 5 Dom. Assaults and wasn't trying to do jail time. The L.T. took him out the door to counter and give him a number to get in touch with some one about Mental Health. I heard him tell the white male (Francis) I'll do anything for a Vet. as the walk back on the dorm. I ask the L.T. what the differen from him and me. He pause and I walked offed. 9/26/23 I made a request to speak to the Nurse about my side still hu-ing. From when Sgt. Kribloe push and assulated me. Nurse carlay (or how every you spell her name), stated that was a week again, Its shouldn't still be hurting. (I started to feel oppress mix depress). I walked offed. I star, seeing the "Big picture". They wasn't going to help me. Just cover up th whole thing. From that day forward I havn't put in no more med. Request or took nothing from them. 9/26/23 I ask officer Wyatt could h out my name on the list to speak to I.A. He told me no so many other Inmates put in Reports about him. Plus it would take a year any way. They just now talking to him about the "Delta 4 escaped" a year ago. I ask him would its take a year even tho, I was assault by an officer? He Repleid, yes, you will to wait a year. 10/2 Internal ~~afficer~~ (Officer Johnson) came to talk to me. I told them what's happen to me. They said, they will filed a Report and give me their number. 10/3 An Inma had assualted ~~me~~, I fought back. Officer Wyatt watch the whole thi plus they just put in new cameras, the cameras saw everythin (before its got bad). They told the other Inmate to leave then Wyatt said "now tell Franklin to leave" to Officer Slutt and Cpl. Strange cont.

cont (5)

So, Strange G4 told me, "to go get my shit". An Inmate who "boosted" up the fight was by my bunk. I told him, he was lame for boosting up that fight. That Inmate took off his shirt and start thearthing me. I stop getting my stuff, and start yelling at the Inmate. Cpl. Strange Ran up on me with a treaser. He told me to shut my mouth and get my shit. I told him by law I don't have to shut my mouth. He told me, to leave my shit and come on. I told him, "I'm not leaving my legal stu As he walk me to G-3 (The hole), He kept calling me a "dumbass After the 3rd time (I was scare to say somethings due to what Kribble did to me), I told him, I want to speak to I.A again. He said I was a boy because I couldn't take the disrespect like a man.

(a) They put me in a medow and moled cell (23) It's was fill with it, plus its was dirty and had someone Medince all over the cell. The whole cell was cover in moled and medow., You could smell the medow. It was loud. I ask for cleanin supplies. They told me it be 8 o'clock before I could get som (It's was appx. 6 a.m at that time). I only had an half of jumpsuit and boxes. The socks I had on I made a mask out of it. Every two hours Officer Landblanco kept caming by telling me, It's be another two hours before I could get my belongin or my blanket or mat. I had to kick on the door so many tim to try to get help. Lunch time came. Officer Keith and another told me, I had to get back from the door or I couldn't eat. I told them, I didn't care because I didn't have no spork or soap to watch my hands. They call the L.T. (didn't get his name) in there. He opened my door and give me my food and Wed tellus me he was going to bring my stuff. cont. 6

Cont.6

I waited two hrs he never came. I had to eat my food like a dog. With dirty, medow, moled hands in a cold cell. I had kick on the door some more and say I was going to break the "water pipes" before they brought me a mat (no blanket or my original belonging) and a "New Inmate bag". L and blanco came an hour before 2nd shift started, to tell me I won't get a blanket into 2nd shift. (I had to sto like that for 12 hr). 2nd shift came and let me out and set me to C-3. (appx 9:30 pm when I got to C-3). I smelled like medow and had that medow taste in my mouth, due to having to eat Lunch and dinner without, soap and hands. 10/14 They been making ours drink dirty copper water or fought over a 5 gallon cooler what we there was clean water to find out the cooler wasn't get clean and had a brown ring around it and also hair, dust, and ect. inside the cooler and on the ice. (a) It's over Max Cap. (so, on Delta is appx. 90 people on each dorm and C pods its 50+) (people been sleepi on the floor for months) (I had to at times too.) (b) They only bring cooler once a day. It's be around Lunch time. 10/14/23 A white male died in D-3. 10/15 We didn't get a cooler into Dinner. & The food alway cold and undercooked. Sometime you can find bugs, hair in the food. Also, we have a bug problem here bad. We get no Rec. at all. 10/16 Officer Kinkerfuss and Sgt. Moore came on the dorm cussing urs out and stating we are dumbass. Also Lying Saying in the handbook they don't have to give urs Rec. Cont

Case 1:23-cv-00282-TAV-SKL   Document 2   Filed 11/30/23   Page 10 of 16   PageID #: 14

cont. ➡

10/17/23 The food already be cold, Lunch come at 11:15 its stay in the hallway into 12:03. The food was cold and uncooked like always, But one of the trays had spoil meat on it. (That why I put in to get Veg. tray now)( the Vegatables don't be cooked all the way sometimes either). When we got the water cooler that day at 12:08 its was dirty again.
- They have paint peeling ever dorm, Some the paint is lead paint. The cooper pipes are too old (Niceob).
- They don't ~~be holding~~ be sending mail out daily or they be holding my mail. (a) They made me miss my dead line date for my appeal. (B) I mailed my appeal out on the 9/27/23, the court said its wasn't there into Oct. 6, 23. So I was denail my appeal. (Child Support Court) (C) They copy all mine and also other legal mail. (D) They opening all our legal. (When they know we are support to opening our-self.
10/19 They me from sending out Request again due to me asking them, To send the Custodian (Authorized) of Inmate Accounts to ~~send~~ sign my Certificate (civil action legal form)
- Ms. Weems said they don't have no lawsuit forms here.
9/20/23 - Sgt. Bell - I ask him about, "why not came to notary my legal paper. He just smile and said I have to wait. I feel like I should have to wait and I feel like they want to hurt me if I get mad. Early today Sgt. Bell pull a fraser out on a old and mental black Man because he wanted to move dorm due to be scare to live on D-3. cont. 8

t.8

Jt.Bell got mad again because people was talking to the "Tablet woman" about tablets.(Before they came (Tablet Woman) he was watching movies on the Computer),he smash the door while Inmates was in it. Then, yelled get the fuck out the door when I say 2.

10/20-10/23 D2 We all had to go the weekend with out "hot" water.
10/19 - Mrs. Hennessee sent Mrs. Amy Weems my (Certificate) paperwork (Custodian of Inmate Accounts). I didn't get it into 10/27/23. I ask Ms. Weems about it on 10/26/23. She told me she was waiting on Ms. Hennessee.(They keep holding my legal stuff into I speak up about it.
(I have Doc. all the Cons. laws they been breaking since I been here.

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Money, The Officers to get punish, the higher ranks to loss ranks and take classes, Kribble to get lock up, Silverdale/HCOS to get shut down into they are up to code, the Chelf to also due some time, Sheift to due time for letting it's get this bad, and the NKSc and the whole staff to apolg. on tv. to all the Inmate for doing our uncivil.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __18th__ day of __Oct__, 20__23__.

_Alonzo Franklin (Alonzo R Franklin Jr)_
Signature of plaintiff(s)

# CERTIFICATE

## TO BE COMPLETED BY AN AUTHORIZED CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ _____ on account to his/her credit at the _____ (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last six months was $ _____ . A copy of the applicant's trust fund account (or an institutional equivalent) for the last six months is attached hereto.

_____
Signature of Authorized Officer

Sworn to and subscribed before me this
_____ day of _____, 2_____.

_____
Notary Public

My commission expires _____.

EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Izo Franklin #500219
Hamilton County Jail and Detention Center
7609 STANDIFER GAP ROAD
CHATTANOOGA, TN 37421

